IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOANN BUCKALOO,
**Individually and as Personal
Representative of the Estate
of Joe Buckaloo**, **deceased,**

**Plaintiff,**

v.

**AIR & LIQUID SYSTEMS
CORPORATION, also known
as Buffalo Pumps, Inc., et al.,**

**Defendants.**                                        **No. 12-997-DRH**

### ORDER

**HERNDON, Chief Judge:**

      Pending before the Court is plaintiff's October 12, 2012 motion to remand (Doc. 19). Plaintiff contends that remand is proper as defendant Reliance Electric Company's notice of removal is untimely under 28 U.S.C. § 1446. On November 15, 2012, defendant Reliance Electric Company filed a notice of consent to plaintiff's motion to remand (Doc. 29). As of this date, the other defendants have not responded to the motion. Thus, the Court considers the failure to respond as an admission of the merits of the motion pursuant to Local Rule 7.1(c). Accordingly, the

Court **GRANTS** the motion to remand (Doc. 19). The Court **REMANDS** this matter to the Madison County, Illinois Circuit Court.

**IT IS SO ORDERED.**

Signed this 19th day of November, 2012.

Digitally signed by David R. Herndon
Date: 2012.11.19 10:14:06 -06'00'

**Chief Judge**
**United States District Court**